IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS RENE FLORES, | 1:13-cv-01381-AWI-BAM (PC) |
| Plaintiff, | ORDER TO SUBMIT SIGNED APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN THIRTY (30) DAYS |
| vs. | |
| R. L. MILLER, et al., | |
| Defendants. | |

On September 18, 2013, plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, plaintiff's application did not include his original signature.  Each document submitted for filing must include the original signature of the filing party or parties.  Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, IT IS HEREBY ORDERED that within thirty (30) days of the date of service of this order, plaintiff shall submit the enclosed application to proceed in forma pauperis, with his original signature, or in the alternative, pay the $400.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action**.

IT IS SO ORDERED.

**Dated:**   September 20, 2013         /s/ **Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE

-1-